# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CARL MUSGROVE | § | PLAINTIFF |
| | § | |
| v. | § | Civil Action No. 1:08cv1504-LG-RHW |
| | § | |
| HARRISON COUNTY; GAYLE PARKER, | § | |
| Circuit Clerk; CHERY SABLICH, | § | |
| Court Reporter; and John Does 1-20 | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendations of United States Magistrate Judge Robert H. Walker [27], the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Findings of Fact and Recommendations of Magistrate Judge Robert H. Walker entered on August 24, 2009, be, and the same hereby is, adopted as the finding of this Court. The plaintiff's cause of action is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 8th day of September, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE